UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

CAROL LYONS,

    Plaintiff,

v

TROTT & TROTT, P.C., a Michigan
professional services corporation, and
BANK OF AMERICA, NA, SUCCESSOR BY
MERGER TO BAC HOME LOAN SERVICING
L.P.

    Defendants.

2:12-cv-12182-PDB-PJK

Circuit Court
Case No. 12-126454-CH

---

THE MORAN LAW FIRM
By: Valerie A. Moran (P56498)
Attorneys for Plaintiff, Carol Lyons
115 N. Center Street, Suite 203
Northville, MI 48167
(248) 465- 9400
vmoranatty@aol.com

DICKINSON WRIGHT PLLC
By: Amy L. Gottlieb (P67020)
Attorneys for Bank of America NA,
Successor by Merger to BAC Home Loan
Servicing, L.P.
2600 W. Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7286
agottlieb@dickinsonwright.com

TROTT & TROTT, P.C.
By: Steven A. Jacobs (P68749)
Attorneys for Defendant, Trott & Trott, P.C.
31440 Northwestern Highway, Ste. 200
Farmington Hills, MI 48334-2525
(248) 341-4941 / T&T#360731L03
sjacobs@trottlaw.com

---

**STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, TROTT & TROTT, P.C., makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐  No ☒

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name: N/A
Relationship with Named Party: N/A

2. Is there a publicly owned corporation or its affiliates, not a party to the case that has a substantial financial interest in the outcome of the litigation?

    Yes ☐  No ☒

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name: N/A
Nature of Financial Interest: N/A

Dated: May 29, 2012

Respectfully submitted,
TROTT & TROTT, P.C.

/s/ Steven A. Jacobs
By: Steven A. Jacobs (P68749)
Attorneys for Defendant,
Trott & Trott, P.C.
31440 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
sjacobs@trottlaw.com
(248) 341-4941

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2012, I caused to be filed electronically the Statement of Disclosure of Corporate Affiliations and Financial Interest and this Certificate of Service with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

Dated: May 29, 2012

Respectfully submitted,
TROTT & TROTT, P.C.

/s/ Steven A. Jacobs
By: Steven A. Jacobs (P68749)
Attorneys for Defendant,
Trott & Trott, P.C.
31440 Northwestern Hwy., Suite 200
Farmington Hills, Michigan 48334
sjacobs@trottlaw.com
(248) 341-4941