UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL LYONS,

    Plaintiff,

v.

TROTT &TROTT,
BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

    Defendants.
_____/

Case No. 12-12182

Paul D. Borman
United States District Judge

### ORDER FOR PLAINTIFF TO SHOW CAUSE

Defendant Bank of America, N.A., successor by merger to Defendant BAC Home Loans Servicing L.P. ("BANA"), removed this action from Oakland County Circuit Court on May 16, 2012, alleging that this Court has original diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Dkt. No. 1 ¶ 7.) BANA concedes in its removal papers that complete diversity of citizenship is lacking in that Defendant Trott & Trott PC is a Michigan Profession Corporation. (Dkt. No. 1, ¶ 10.) However, BANA asks the Court to disregard the citizenship of Trott & Trott because they have been fraudulently joined to defeat diversity jurisdiction. *Id*. at ¶¶ 10-14. Plaintiff shall show cause on or before June 18, 2012 why Defendant BANA has not adequately established the fraudulent joinder of Defendant Trott & Trott PC.

IT IS SO ORDERED.

                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: 6-4-12