UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL LYONS,

       Plaintiff,

v.

TROTT & TROTT,
BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

       Defendants.

Case No. 2:12-cv-12182
Honorable Paul D. Borman
Magistrate Paul J. Komives

---

## DEFENDANT BANK OF AMERICA, N.A.'s ERRATA SHEET REGARDING ITS MOTION TO DISMISS

Defendant Bank of America, N.A., individually and as successor by merger to BAC Home Loans Servicing L.P.[1], through its attorneys, Dickinson Wright PLLC, submits the following Errata Sheet regarding typographical and formatting errors contained in the Table of Contents and Table of Authorities, specifically on pages i and v (now iv), and descriptive errors contained in the Index of Exhibits, specifically for Exhibits I, K, N and P.

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ Amy Sabbota Gottlieb
_____
Amy Sabbota Gottlieb (P67020)
Ari M. Charlip (P57285)
Attorneys for Bank of America, N.A.
2600 West Big Beaver Rd., Ste. 300
Troy, MI 48084-3312
(248) 433-7286
Email: agottlieb@dickinsonwright.com
         acharlip@dickinsonwright.com

---

[1] Plaintiff names both Bank of America, N.A. and BAC Home Loans Servicing, LP as defendants. Effective July, 1, 2011, BAC Home Loans Servicing, L.P. merged with and into Bank of America, N.A. As such, Bank of America, N.A., servicer of the loans at issue, is the proper party to respond to the Complaint.

## PROOF OF SERVICE

The undersigned certifies that on June 12, 2012 the foregoing papers were electronically filed with the Clerk of the Court via the CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Amy Sabbota Gottlieb

Amy Sabbota Gottlieb (P67020
Dickinson Wright PLLC
Troy, MI 48084-3312
(248) 433-7286
Email: agottlieb@dickinsonwright.com

BLOOMFIELD 21348-125 1200572v1

# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES .................................................................................................. ii

CONTROLLING AUTHORITY OR MOST APPROPRIATE AUTHORITY ............................. v

ISSUES PRESENTED ........................................................................................................ vi

INTRODUCTION ................................................................................................................. 1

STATEMENT OF FACTS .................................................................................................... 1

STANDARD OF REVIEW .................................................................................................... 3

ARGUMENT ........................................................................................................................ 4

    A.    Count I – For Quiet Title. – Should Be Dismissed. .................................................. 4

    B.    Counts II and III – For Innocent/Negligent Misrepresentation and Fraud Based Upon Intentional Misrepresentations, Silent Fraud, Bad Faith Promises– Should Be Dismissed. .................................................................................. 6

        1.    Plaintiff Has Not alleged "Fraud" with Sufficient Particularity .................. 7

        2.    Plaintiff's Misrepresentation and Fraud Claims Must Be Dismissed Because Plaintiff Cannot Demonstrate Reliance .......................................... 9

        3.    Plaintiff's Claims for Silent Fraud and/or Bad Faith Promises are Barred by the Statute of Frauds ..................................................................... 10

        4.    Plaintiff Fails to State a Claim for Innocent Misrepresentation ................ 11

    C.    Count IV – For Violation of MCL §§ 600.3205, et seq. – Should Be Dismissed. ................................................................................................................. 11

        1.    Plaintiff Fails to State a Claim Under the Michigan Foreclosure by Advertisement Statutes Based on a Violation of MCL § 600.3205c ......... 12

        2.    Plaintiff Fails to State a Claim Under the Michigan Foreclosure by Advertisement Statutes Based on a Violation of MCL § 600.3205a(2) ............................................................................................ 14

    D.    Counts V and VI– For Intentional and Negligent Infliction of Emotional Distress – Should Be Dismissed ............................................................................... 15

    E.    Count VII – For Concert of Action– Should Be Dismissed ................................. 18

    F.    Plaintiff's Tort Claims Fail Because Michigan Law Prohibits Actions in Tort Where a Contractual Agreement Exists ...................................................... 19

*Roy Annett, Inc. v. Kerezsy*, 57 N.W.2d 483, 485 (Mich. 1953); *Gervais v. Annapolis Homes, Inc.*, 185 N.W.2d 422, 426 (Mich. Ct. App. 1971) ........................................ 9

*Samuel D. Begola Servs., Inc. v. Wild Bros.*, 534 N.W.2d 217, 219 (Mich. Ct. App. 1995) ......... 9

*Siecinski v First State Bank of East Detroit*, 209 Mich App 459, 465; 531 NW2d 768 (1995) ............................................................................................................................. 20

*Stein v. U.S. Bancorp,* No. 10-14025, 2011 U.S. Dist. LEXIS 18357, *10 (E.D. Mich. Feb. 24, 2011) ..................................................................................................................... 13

*Teadt v. St. John's Evangelical Church*, 603 N.W.2d 816, 823-824 (Mich. Ct. App. 1999) ....... 16

*United States Fidelity & Guaranty Co. v. Black*, 313 N.W.2d 77 (Mich. 1981) .......................... 11

*Weiner v. Klars & Co., Inc.* 108 F.3d 86, 89 (6th Cir. 1997) ......................................................... 3

*Yuhasz v. Brush Wellman, Inc.*, 341 F.3d 559, 563 (6th Cir. 2003) ............................................... 7

**Statutes**

MCL § 566.132 ........................................................................................................................ 10, 11

MCL § 600.2932 ............................................................................................................................. 6

MCL § 600.3205 ..................................................................................................... vi, 1, 11, 12, 13

MCL § 600.3205(a) ............................................................................................................ vi, 12, 14

MCL § 600.3205(c) ....................................................................................................................... vi

MCL § 600.3205c(1) ..................................................................................................................... 13

MCL § 600.3205c(8) ..................................................................................................................... 14

**Rules**

Fed R. Civ. P. 8 ............................................................................................................................... 4

Fed R. Civ. P. 9(b) ...................................................................................................................... 7, 8

Fed. R. Civ. P. 12(b)(6) ..................................................................................................... 1, v, 3, 8

Fed. R. Civ. P. 8(a)(2) .................................................................................................................... 5

MCR § 2.113(F)(1)(a) .................................................................................................................... 3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL LYONS,

    Plaintiff,

v.

TROTT & TROTT,
BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP,

    Defendants.

Case No. 2:12-cv-12182
Honorable Paul D. Borman
Magistrate Paul J. Komives

## INDEX OF EXHIBITS
## DEFENDANT BANK OF AMERICA, N.A.'s MOTION TO DISMISS

A.   Note

B.   Mortgage

C.   First Assignment of Mortgage

D.   Second Assignment of Mortgage

E.   Third Assignment of Mortgage

F.   Housing Counselor Notice

G.   Loan Modification Agreement

H.   Circuit Court Order

I.   Dorr v. Ford Motor Co.

J.   McGee v. City of Cincinnati

K.   Bell v. Tennessee

L.   Johns v. Dover

M.   Dow Chem. v. General Elec. Co.

2

N.   Copeland v. Ocwen Bank

O.   Bingham v. Bank of Am.

P.   Lavdas v. Burger King Corp.

Q.   Stein v. U.S. Bancorp.

R.   Adams v. Wells Fargo Bank

S.   Housing Counselor List

T.   Brown v. Bank of NY Mellon

U.   Bazzy v. Indymac

V.   Ajami v. Indymac

W.   In re Estate of Bandemer

X.   Kogelshatz v. Gendernalik Funeral Home